**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Heriberto Vindel** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4120 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–23860–VFP | |

# Order of Discharge            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Heriberto Vindel

10/25/19                                                                              **By the court:**   Vincent F. Papalia
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-23860-VFP
Heriberto Vindel                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 25, 2019
                              Form ID: 318             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Heriberto Vindel,    2043 Emerson Avenue,    Union, NJ 07083-3614
518356309      +Arelis Vindel,    2043 Emerson Avenue,    Union, NJ 07083-3614
518356314      +Greensky,    P.O. Box 29429,    Atlanta, GA 30359-0429
518356315      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518356317      +Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,
                 Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2019 01:19:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2019 01:19:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Oct 26 2019 04:38:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518356308       EDI: AMEREXPR.COM Oct 26 2019 04:38:00      American Express,    P.O. Box 981535,
                 El Paso, TX 79998-1535
518356312       EDI: CAPITALONE.COM Oct 26 2019 04:38:00      Capital One Bank USA, NA,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
518356313       EDI: CHASE.COM Oct 26 2019 04:38:00     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
518356316      +E-mail/Text: jennifer.chacon@spservicing.com Oct 26 2019 01:20:21
                 Select Portfolio Servicing Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
518356318       EDI: RMSC.COM Oct 26 2019 04:38:00     Synchrony Bank,    Attn: Bankruptcy Department,
                 P.O. Box 965064,    Orlando, FL 32896-5064
518357322      +EDI: RMSC.COM Oct 26 2019 04:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518356320       EDI: WFFC.COM Oct 26 2019 04:38:00     Wells Fargo,    P.O. Box 95225,
                 Albuquerque, NM 87199-5225
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518356310*     +Arelis Vindel,    2043 Emerson Avenue,    Union, NJ 07083-3614
518356311*     +Arelis Vindel,    2043 Emerson Avenue,    Union, NJ 07083-3614
518356319*      Synchrony Bank,    Attn: Bankruptcy Department,    P.O. Box 965064,   Orlando, FL 32896-5064
518356321*      Wells Fargo,    P.O. Box 95225,    Albuquerque, NM 87199-5225
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Andrew M. Wolfenson    on behalf of Debtor Heriberto  Vindel andywolf@verizon.net,
               diana@wolfensonlaw.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Kevin Gordon McDonald    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```